**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LORENZO ALLEN THOMAS,**

    **Plaintiff,**

    v.

**CITY OF CIRCLEVILLE, et al.,**

    **Defendants.**

Case No. 2:23-cv-1474
Judge Edmund A. Sargus
Magistrate Judge Elizabeth P. Deavers

**ORDER**

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on May 31, 2023.  (ECF No. 5.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, Plaintiff **MAY PROCEED** on his 42 U.S.C. § 1983 First Amendment retaliation claim against Defendants Davis, Speakman, and Farrelly in their individual capacities, as well as on his Ohio state law claim brought pursuant to O.R.C. § 2307.60.  Court **DISMISSES** all of Plaintiff's remaining claims for failure to state a claim on which relief may be granted.

    **IT IS SO ORDERED.**

**7/6/2023**  
**DATE**

        **s/Edmund A. Sargus, Jr.**
        **EDMUND A. SARGUS, JR.**
        **UNITED STATES DISTRICT JUDGE**