IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LORENZO ALLEN THOMAS,**

    **Plaintiff,**

                                                          Civil Action 2:23-cv-1474
                                                          Judge Edmund A. Sargus, Jr.
    **v.**                                                      Magistrate Judge Elizabeth P. Deavers

**CITY OF CIRCLEVILLE,** *et al.,*

    **Defendants.**

## ORDER

Plaintiff, an Ohio resident proceeding *pro se,* was granted leave to proceed *in forma pauperis* on May 3, 2023. (ECF No. 3.) By Order dated July 6, 2023, the Court completed the initial screening of Plaintiff's Amended Complaint as required under 28 U.S.C. § 1915, allowing Plaintiff to proceed on his First Amendment retaliation claim brought pursuant to 42 U.S.C. § 1983 against Defendants Doug Davis, Ryan Speakman, and Jon Farrelly in their individual capacities and his Ohio state law claim brought pursuant to O.R.C. § 2307.60 against Defendants Davis, Speakman, Farrelly, and the City of Circleville. (ECF No. 6.) The Court has confirmed that Plaintiff has provided all necessary service documents.

Accordingly, the United States Marshal is **DIRECTED** to make service of process, by certified mail, of the Complaint (ECF No. 4), the Report and Recommendation (ECF No. 5) and the Order adopting the Report and Recommendation (ECF No. 6) on Defendants Davis, Speakman, Farrelly, and the City of Circleville.

2

Plaintiff is **ADVISED** that he has **NINETY (90) DAYS** in which to effect service of process, *see* Fed. R. Civ. P. 4(m), and that failure to serve the Defendants with process within this time may result in the recommendation that the claim(s) against the Defendants be dismissed and may ultimately lead to the dismissal of the claim(s).

    **IT IS SO ORDERED.**


**Date:  July 25, 2023**                                    */s/ Elizabeth A. Preston Deavers*
                                                            **ELIZABETH A. PRESTON DEAVERS**
                                                            **UNITED STATES MAGISTRATE JUDGE**